IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

       Plaintiff,

                                      **Case No. 17-CV-80385**

vs.

GEMVARA, INC.,

       Defendant.
_____/

## NOTICE OF APPEARANCE

Jason P. Dollard hereby gives notice of his appearance as counsel on behalf of Plaintiff ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC, and requests service upon him of all pleadings and papers filed herein.

Dated: November 27, 2017    Respectfully Submitted:

                                            ___/s/ Jason P. Dollard
                                            JASON P. DOLLARD, FBN: 0649821
                                            jdollard@jpdesq.com; jdollard@lrevanspa.com
                                            Leslie Robert Evans & Associates, PA-Of Counsel
                                            214 Brazilian Avenue, Suite 200
                                            Palm Beach, FL 33480
                                            Telephone: (561) 832-8322
                                            Facsimile: (561) 832-5722
                                            Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via email on the counsel listed below.

Eleanor T. Barnett, Esq.
ebarnett@hellerwaldman.com
liteservice@hellerwaldman.com
Heller Waldman, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: 305.448.4144
Facsimile: 305.448.4155

Neil J. McNabnay, Esq.
njm@fr.com
Ricardo J. Bonilla, Esq.
rjb@fr.com
Theresa M. Dawson, Esq.
tdawson@fr.com
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214.747.5070
Facsimile: 214.747.2091

***Attorneys for Defendant,
Gemvara, Inc.***